# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

July 27, 2018

**BY ECF**

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:** ***Campis v. PGGS Gourmet, Inc., et al.***
       ***Case No. 18-CV-2478 (PGG)***

Dear Judge Gardephe,

   We are counsel to the plaintiff in the above-referenced matter. As the Court is aware, we have been unsuccessfully attempting to communicate with our client for some time and are unsure of his current whereabouts. As such, and because the defendants have not yet appeared in the action, we have simply filed a Notice of Voluntary Dismissal with the Court earlier today, and request that the matter be closed.

   We thank the Court for its continued attention to this matter.

               Respectfully submitted,

               Justin Cilenti

JC/tc

cc: Defendants (by mail)